CORNELIUS J. BERGEN and Others, Respondents, v. FRANCESCO DELLERNIO, Appellant.— Final order of the County Court of Kings county awarding possession

of the property to the landlords affirmed, with costs. *No opinion.* Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ., concur.